Iain Curtis-Shanley, Appellant, v Bank of America, Respondent.

Submitted May 12, 2014; decided June 12, 2014

Motion for reargument denied [*see* 22 NY3d 1133 (2014)].

Eastern Savings Bank, FSB, Respondent, v 106 Rockaway Owners Corp. et al., Defendants, and Anthony Modica, Appellant.

Submitted April 14, 2014; decided June 12, 2014

Motion for leave to appeal denied. Motion for ancillary relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3).

In the Matter of Gospel Faith Mission International, Inc., Respondent, v David P. Weiss, Chairman of the Board of Appeals of the Town of Hempstead, et al., Appellants.

Submitted May 5, 2014; decided June 12, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of Karen Matseoane, Deceased.

Karen Matseoane, Respondent, v Subtle Engineering Company, Appellant.

Submitted April 28, 2014; decided June 12, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 1172 (2014)].